388 A.2d 724

George W. GARRETTSON, Jr., Appellant,

v.

COMMONWEALTH of Pennsylvania, Pennsylvania LIQUOR CONTROL BOARD, the Graphic Hand, Inc., and Delaware County Chamber of Commerce.

Supreme Court of Pennsylvania.

Reargued Jan. 18, 1978.

Decided July 14, 1978.

Donald M. Bowman, Gold, Bowman & Korman, Philadelphia, for appellant.

Harry Bowytz, Chief Counsel, J. Leonard Langan, Asst. Attys. Gen., Allen C. Harshaw, Deputy Atty. Gen., for appellee, Com. Pa. Liquor Control Bd.

William E. Mowatt, Media, for appellee, Graphic Hand.

J. Joseph Herring, Jr., Media, for appellee, Delaware County Chamber of Commerce.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

ROBERTS, Justice.

Appellant George Garrettson brought an action in trespass against appellee Pennsylvania Liquor Control Board and others for the unauthorized printing of his picture on the back cover of "State Store Price List No. 118." The Com-

monwealth Court dismissed the complaint against appellee on the ground that appellee, as an agency of the Commonwealth, was protected against suit by the sovereign immunity of the Commonwealth.

We have this day abrogated the doctrine of sovereign immunity. *Mayle v. Pennsylvania Department of Highways*, 479 Pa. 384, 388 A.2d 709 (1978). We therefore reverse the order of the Commonwealth Court and remand for further proceedings.

Order reversed and case remanded.*

O'BRIEN, J., filed a dissenting opinion in which EAGEN, C. J., and POMEROY, J., join.

POMEROY, J., filed a dissenting opinion in which EAGEN, C. J., and O'BRIEN, J., join.

O'BRIEN, Justice, dissenting.

I dissent. This Court has no power to abrogate Article I, § 11 of the Pennsylvania Constitution. See *Mayle v. Pennsylvania Department of Highways*, 479 Pa. 384, 388 A.2d 709 (1978) (Dissenting Opinion by O'Brien, J.).

EAGEN, C. J., and POMEROY, J., join in this dissenting opinion.

POMEROY, Justice, dissenting.

For the reasons set forth in my dissenting opinion in *Mayle v. Pennsylvania Department of Highways*, 479 Pa. 384, 408, 388 A.2d 709, 721 (1978), I dissent.

EAGEN, C. J., and O'BRIEN, J., join in this dissenting opinion.

* We hear this appeal pursuant to the Appellate Court Jurisdiction Act of 1970, Act of July 31, 1970, P.L. 673, art. II, § 203, 17 P.S. § 211.203 (Supp.1978).